April 13, 1953

No. 57259.—Naess, Mejlaender & Co., Inc., and Gurge & Co. v. United States, protest 143496–K.— Abstract 57010. Plaintiffs' application for rehearing denied.